Memorandum Opinion issued January 23, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01341-CV

____________


ZURICH INSURANCE COMAPANY, Appellant


V.


NORTHLINE JOINT VENTURE, MANLEY-BERENSON ASSOCIATES, INC.,
PETER D. CUMMINGS & ASSOCIATES, BETCO SCAFFOLD & ERECTION,
CO., AND DEMOLITION SERVICES, INC., Appellees






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 97-10664






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss its appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.